IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM LERMA BARBOZA,   No. CIV S-03-0573 MCE GGH P

    Petitioner,

  v.   <u>ORDER</u>

TOM L. CAREY, WARDEN, ET AL.,

    Respondents.
_____/

    Petitioner, a state prisoner proceeding with appointed counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On June 16, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

1

1  Petitioner has filed objections to the findings and
2  recommendations.
3      In accordance with the provisions of 28 U.S.C.
4  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
5  de novo review of this case.  Having carefully reviewed the
6  entire
7  file, the court finds the findings and recommendations to be
8  supported by the record and by proper analysis.
9      Accordingly, IT IS HEREBY ORDERED that:
10     1.  The findings and recommendations filed June 16, 2005,
11 are adopted in full; and
12     2.  Petitioner's application for a writ of habeas corpus is
13 denied.
14 DATED: September 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2